UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE SEPULVEDA, <u>et al.</u>,** | : | |
| Plaintiffs | : | No. 1:14-cv-00789 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| **WARDEN DAVID EBBERT, <u>et al.</u>,** | : | |
| Defendants | : | |

<u>**ORDER**</u>

In accordance with the accompanying memorandum, on this 7th day of February 2017, **IT IS ORDERED THAT:**

1. The remaining Defendants' motion for summary judgment (Doc. No. 65), is **GRANTED** as set forth below.

2. Judgment is hereby entered in favor of the the Defendants Ficken, Rosencrance, Rosler and Burgh and against Plaintiffs.

3. The Clerk of Court shall **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania